THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM RIGGS, Defendant-Appellant.

(No. 72-123;

Second District—January 21, 1974.

638

Opinion by Mr. JUSTICE SEIDENFELD.

Goldberg & Goldberg and Belkind & Polikoff, both of Chicago, for appellant.

William V. Hopf, State's Attorney, of Wheaton (Malcolm F. Smith, Assistant State's Attorney, of counsel), for the People.